IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

HARMON WILLIAMS,
ADC #101370                                                                                    PLAINTIFF

v.                        Case No. 5:10-cv-260-DPM

RAY HOBBS, CASHION, GENA,
JESSE DAVIS, JOHNNY WASHINGTON,
UNDRAY FIELDS, and JOHNNY HARRIS                                                DEFENDANTS

JUDGMENT

The case is dismissed without prejudice. An *in forma pauperis* appeal from this Judgment would not be taken in good faith. 28 U.S.C.A. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

20 JAN. 2011